# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LASZLO GASPAR, *et al.*,<br><br>             Plaintiff,<br><br>vs.<br><br>SUPERSHUTTLE LAS VEGAS, LLC, *et al.*,<br><br>             Defendants. | 2:15-cv-02149-APG-VCF<br>**ORDER** |

Before the court is the Stipulated Discovery Plan and Scheduling Order (#24).

IT IS HEREBY ORDERED that a hearing on the Stipulated Discovery Plan and Scheduling Order (#24) is scheduled for 3:00 p.m., January 28, 2016, in courtroom 3D.

DATED this 7th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE