Christopher A. Parlo, Esq.
*(admitted Pro Hac Vice)*
Melissa C. Rodriguez, Esq.
*(admitted Pro Hac Vice)*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

C. Erik Hawes, Esq.
Nevada Bar No. 7739
1000 Louisiana Street, Suite 4000
Houston, TX 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001

Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
jalberts@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendant Supershuttle Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LASZLO GASPAR, an individual; FERENC ZOMBORI, an individual, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERSHUTTLE LAS VEGAS, LLC; a limited liability company; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, INCLUSIVE,<br><br>Defendants. | Case No.  2:15-cv-02149-APG-VCF<br><br><br>**MOTION TO PERMIT NONRESIDENT COUNSEL TO PARTICIPATE BY TELEPHONE** |

Defendant SuperShuttle Las Vegas, LLC ("Defendant") hereby moves this Court to permit nonresident counsel to participate by telephone in the January 28, 2016 hearing concerning the Stipulated Discovery Plan and Scheduling Order (#24).

1  Although Defendant has retained local counsel, the attorneys with the greatest knowledge of this dispute are those who reside out of state. On January 28, 2016, out of state counsel (Melissa C. Rodriguez, Esq.) will be in New York. Local counsel will attend the conference personally, but because of the travel involved the parties respectfully request that nonresident lead attorney, Ms. Rodriguez, be permitted to participate by telephone.

This motion is not to be interposed for purposes of delay.

For all of these reasons, Defendant respectfully requests that the court grant leave for outside counsel to participate by telephone with the in-person presence of local counsel.

DATED this 19th day of January, 2016.

/s/ Jeremy R. Alberts
Jeremy R. Alberts, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant Supershuttle Las Vegas, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1-19-2016

IT IS HEREBY ORDERED that Ms. Melissa C. Rodriguez must contact Courtroom Administrator, Jerry Ries, (702-464-5416) at least two days prior to the hearing to set-up the conference call.

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2016, a true and correct copy of the foregoing **MOTION TO PERMIT NONRESIDENT COUNSEL TO PARTICIPATE BY TELEPHONE** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Christian Gabroy, Esq.
christian@gabroy.com
Ivy Hensel, Esq.
ivyhensel@gabroy.com
GABROY LAW OFFICES
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012
*Attorneys for Plaintiffs*

Leon Greenberg, Esq.
leongreenberg@overtimelaw.com
LEON GREENBERG PROFESSIONAL CORPORATION
2965 South Jones Blvd., #E-3
Las Vegas, NV 89146
*Attorneys for Plaintiffs*

Melissa C. Rodriguez, Esq.
mcrodriguez@morganlewis.com
MORGAN LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178-0060
*Co-Counsel for Supershuttle Las Vegas, LLC*

*/s/ Kelly R. Reice*
An employee of WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC