**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

LASZLO GASPAR, *et al.*,

        Plaintiffs,

vs.

SUPERSHUTTLE LAS VEGAS, LLC, *et al.*,

        Defendants.

2:15-cv-02149-APG-VCF

**ORDER**

Before the court is Plaintiff's Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. § 216(b) and for Other Relief (#18).  Plaintiffs seek a court order "directing other persons similarly situated to the Plaintiffs be given notice of the pendency of this action and an opportunity to file written consents with this court to join this action as party plaintiffs and for other associated relief including a toll of the statute of limitations otherwise applicable to such persons' claims for the period of time that this motion is pending before the Court." *Id.*  On January 28, 2016 after the motion for circulation of notice of the pendency was filed, the court held a discovery hearing and ordered the parties to file a proposed discovery plan and scheduling order for phase 1 discovery. (#29).  The parties filed their proposed phase 1 discovery plan and scheduling which the court granted on February 8, 2016. (#s 30 and 33).

Accordingly,

IT IS HEREBY ORDERED that the Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. § 216(b) and for Other Relief (#18) is DENIED without prejudice.  This motion may be refiled after completion of phase 1 discovery, and any motions based on this discovery are decided.

DATED this 10th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE