# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LASZLO GASPAR, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>SUPERSHUTTLE LAS VEGAS, LLC, *et al.*,<br><br>        Defendants. | 2:15-cv-02149-APG-VCF<br>**ORDER** |

      Before the court is Plaintiffs' Motion for Partial Rehearing of Magistrate Judge Ferenbach's Order and Plaintiffs' Partial Objections to Magistrate Judge Ferenbach's Order (1 motion docketed as #35 and #36).  The court will treat Plaintiffs' Motion for Partial Rehearing of Magistrate Judge Ferenbach's Order and Plaintiffs' Partial Objections to Magistrate Judge Ferenbach's Order as a motion for reconsideration of Order #34.

      Accordingly,

      IT IS HEREBY ORDERED that any opposition to Plaintiffs' Motion for Reconsideration (#35 & #36) must be filed on or before March 7, 2016.  No reply necessary.

      DATED this 26th day of February, 2016.

                                                  _____
                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE