# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LASZLO GASPAR, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SUPERSHUTTLE LAS VEGAS, LLC, *et al.*, <br><br> Defendants. | 2:15-cv-02149-APG-VCF <br> **ORDER** |

This case was stayed until March 31, 2017 pending settlement negotiations. (ECF No. 68). On March 31, 2017, Plaintiffs filed a status report stating that the parties are finalizing the settlement agreement. (ECF No. 72). To date, a proposed stipulation and order for dismissal has not been filed.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:30 PM, June 9, 2017, in Courtroom 3D.

DATED this 1st day of June, 2017.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE