UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LASZLO GASPAR, an individual, FERENC ZOMBORI, an individual, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERSHUTTLE LAS VEGAS, LLC, a limited liability company,<br><br>Defendant. | Case No. 2:15-cv-02149-APG-VCF<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>(ECF No. 76) |

The plaintiffs have moved for preliminary approval of their settlement of this class action. ECF No. 76. I have considered the Settlement Agreement (and its exhibits), the submissions of counsel, and all other papers filed in this action. The motion **(ECF No. 76) is GRANTED.**

IT IS HEREBY ORDERED as follows:

1. The parties have reached an agreement to settle all claims in this case.

2. The Settlement Agreement is within the range of reasonableness and meets the requirements for preliminary approval. The settlement embodied in the Settlement Agreement is preliminarily approved.

3. The parties have presented a plan to provide notices to the proposed Class Members of the terms of the settlement and the options facing the Class Members. The Notices will be mailed to all Class Members at their last known addresses. The plan for sending the Notices as proposed by the moving parties is the best practical plan under the circumstances. I find that the plan for sending Notices meets the standards for providing due process to Class Members under the United States Constitution and Nevada law.

4. Pursuant to the Settlement Agreement, plaintiffs' Counsel, Leon Greenberg, Christian Gabroy, Dana Sniegocki and Kaine Messer, are hereby appointed as "Class Counsel"

responsible for ensuring that the settlement is administered in accordance with the Settlement Agreement, and representing the interests of the Class Members.

5. In accordance with the Settlement Agreement, the parties have agreed to retain CPT Group, Inc. as the Settlement Administrator to, inter alia, mail the court-approved Notices to the Class Members.

6. Notice of the proposed settlement shall be given by mailing the "Notice of Settlement" by first class United States Mail, in substantially the form annexed to the Settlement Agreement as Exhibit "C," postage prepaid, to all Class Members pursuant to the applicable provisions in the Settlement Agreement within forty (40) days after entry of this Order. The defendant shall provide the Settlement Administrator with the information necessary to conduct this mailing as set forth in the Settlement Agreement.

7. The deadline for filing papers in support of the settlement and/or Class Counsel's application for attorneys' fees and costs shall be **November 13, 2017**, a date fifteen (15) days before the Final Approval Hearing.

8. A Final Approval Hearing on the proposed class action settlement will be held on **November 28, 2017**, at **9:30 a.m**., in Courtroom 6C of the United States District Court, 333 South Las Vegas Boulevard, Las Vegas, Nevada, to consider whether the settlement should be given final approval.

   a. Valid written objections by Class Members to the proposed settlement, including the provisions for attorneys' fees and costs for Class Counsel, will be considered if received by the Settlement Administrator within sixty (60) days from the mailing of the Notice.

   b. At the Final Fairness Hearing, Class Members may be heard orally in support of, or in opposition to, the settlement, provided they have submitted a timely and valid written objection in advance.

   c. Class Counsel and counsel for the defendant should be prepared at the hearing to respond to objections filed by Settlement Class Members and to provide other information as appropriate, bearing on whether or not the settlement should be approved.

  9. In the event that the Effective Date (as defined in the Settlement Agreement) occurs, the Named Plaintiffs and all Participating Claimants will be deemed to have forever released and discharged the Released Federal Law Claims and Released State Law Claims as provided in the Settlement Agreement. In the event that the Effective Date does not occur for any reason whatsoever, this Order and the Settlement Agreement shall be deemed null and void and shall have no effect whatsoever in this Litigation or in any other litigation or proceeding.

  DATED this 27th day of June, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE